# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00775-CV

**R. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY, NO. 15-FL-221, THE HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant R.H. filed her notice of appeal on November 14, 2016. The appellate record was complete December 14, 2016, making appellant's brief due January 3, 2017. On December 27, 2016, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order counsel to file appellant's brief no later than January 23, 2017. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 29, 2016.

Before Chief Justice Rose, Justices Pemberton and Field